CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Todd C. Hunt (SBN 174449)
TWITCHELL AND RICE, LLP
8560 West Sunset Blvd., Suite 500
West Hollywood, California 90069
Tel: (310) 994-0157
Fax: (805) 925-1635
Email: thunt@twitchellandrice.com
Attorneys for Defendants
First Riverbank L.P. and
Browman Development Company, Inc.

Matthew R. Orr, Bar No. 211097
morr@calljensen.com
Michael S. Orr, Bar No. 196844
msorr@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100
Attorneys for Defendant
Kohl's Department Stores, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST RIVERBANK L.P., a California Limited Partnership; BROWMAN DEVELOPMENT COMPANY, Inc., a California Corporation; KOHL'S DEPARTMENT STORES, INC., a Delaware Corporation; and Does 1-10,<br><br>    Defendants | **Case No.** 1:16-CV-01028-AWI-BAM<br><br>STIPULATION TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS BY 30 DAYS |

Plaintiff DEBBIE JOHNSON ("Plaintiff") and Defendants FIRST RIVERBANK L.P., a California Limited Partnership; BROWMAN DEVELOPMENT COMPANY, Inc., a California Corporation; KOHL'S DEPARTMENT STORES, INC., a Delaware Corporation ("Defendants") hereby stipulate to extend the deadline to file the dispositional documents by 30 days. The current deadline to file the dispositional documents was December 27, 2016. The parties stipulate to extend the deadline to January 25, 2017. The parties have finalized the terms of the settlement agreement and have circulated the agreement for signatures, however, the additional time is required to collect the signatures and issue payment.

Dated: December 26, 2016         CENTER FOR DISABILITY ACCESS

            By: /s/ Phyl Grace
            Phyl Grace, Esq.
            Attorney for Plaintiff

Dated: December 26, 2016         TWITCHELL AND RICE, LLP

            By: /s/ Todd C. Hunt
            Todd C. Hunt
            Attorney for Defendants
            First Riverbank L.P. and Browman
            Development Company, Inc.

Dated: December 26, 2016         CALL & JENSEN

            By: /s/ Michael S. Orr
            Michael S. Orr
            Attorney for Defendants
            Kohl's Department Stores, Inc.

3

Stipulation                       1:16-CV-01028-AWI-BAM

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Todd C. Hunt and Michael S. Orr, counsels for First Riverbank L.P. and Browman Development Company, Inc. and Kohl's Department Stores, Inc., respectively, and that I have obtained Mr. Hunt's and Mr. Orr's authorization to affix their electronic signature to this document.

Dated:  December 26, 2016          CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorney for Plaintiff