UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FIRST RIVERBANK L.P., a California Limited Partnership; BROWMAN DEVELOPMENT COMPANY, Inc., a California Corporation; KOHL'S DEPARTMENT STORES, INC., a Delaware Corporation; and Does 1-10,<br><br>　　　　Defendants | **Case No**. 1:16-CV-01028-AWI-BAM<br><br>ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS BY 30 DAYS |

　　Plaintiff DEBBIE JOHNSON ("Plaintiff") and Defendants FIRST RIVERBANK L.P., a California Limited Partnership; BROWMAN DEVELOPMENT COMPANY, Inc., a California Corporation; KOHL'S DEPARTMENT STORES, INC., a Delaware Corporation ("Defendants") hereby stipulate to extend the deadline to file the dispositional documents by 30 days. The new deadline to file the dispositional documents will be January 25, 2017.

IT IS SO ORDERED.

Dated:　December 27, 2016　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1

Order　　　　　　　　　　　　　　　　　　　　　　　　　　　　1:16-CV-01028-AWI-BAM