# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE JOHNSON,<br><br>     Plaintiff,<br><br>     vs.<br><br>FIRST RIVERBANK, L.P., a California Limited Partnership; BROWMAN DEVELOPMENT COMPANY, INC., a California Corporation; KOHL'S DEPARTMENT STORES, INC., a Delaware Corporation; and Does 1-10,<br><br>     Defendants. | Case No.    1:16-cv-01028 AWI BAM<br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES<br><br>Complaint Filed:    July 15, 2016 |

The Court having considered the parties' Stipulation finds that good cause exists to continue the pretrial and trial deadlines to the following dates:

    1.    **Initial Expert Disclosures:**    March 15, 2018

    2.    **Non-Expert Discovery Cutoff:**    April 16, 2018

    3.    **Expert Discovery Cutoff:**    May 7, 2018

    4.    **Dispositive Motion Filing:**    June 4, 2018

    5.    **Pre-Trial Conference:**    Date:  September 5, 2018
                                                Time:  10:00 a.m.
                                              Dept:  2(AWI)

    6.    **Jury Trial:**    Date:  December 5, 2018
            (2-3 days est.)    Time:  8:30 a.m.
                                                Dept.:  2(AWI)

IT IS SO ORDERED.

Dated:   **December 12, 2017**       /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE