# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>FIRST RIVERBANK L.P., *et al.*,<br><br>        Defendants. | Case No. 1:16-cv-01028-AWI-BAM<br><br>ORDER GRANTING STIPULATION TO TAKE DEFENDANTS' DEPOSITIONS AFTER THE DISCOVERY CUTOFF<br>(Doc. 33) |

On March 2, 2018, the parties filed a stipulation agreeing to continue the depositions of Defendants Kohl's Department Stores, Inc., First Riverbank L.P, and Browman Development Company, Inc. to a mutually convenient and agreed upon time after the discovery cutoff date of April 16, 2018. (Doc. 33.) The parties have failed to identify good cause for the continuance and modification of the scheduling order pursuant to Federal Rule of Civil Procedure 16(b)(4). Nevertheless, the Court is cognizant of the procedural posture of this case, including the pending motion to enforce settlement agreement. (Doc. 23.) The Court therefore finds good cause for the requested modification. Accordingly, pursuant to the stipulation of the parties, the depositions of Defendants Kohl's Department Stores, Inc., First Riverbank L.P, and Browman Development Company, Inc. are continued to a mutually convenient and agreed upon time after the discovery cutoff deadline. The parties shall file a status report within 7 days following the decision on the Motion to Enforce Settlement, informing the Court what they intend to do regarding discovery.

IT IS SO ORDERED.

    Dated:   **March 5, 2018**              /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE